# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision - Court Decision Requested

Name of Offender:  Greg Duncan                                      Case No.: 3:15-CR-00484-M(1)

Name of Sentencing Judge:  Chief U.S. District Judge Barbara M. G. Lynn

Date of Original Sentence:  May 25, 2017

Original Offense:  Conspiracy to Commit Bank Fraud, 18 U.S.C § 371

Original Sentence:  24 months - term of Probation

Revocations:  None

Type of Supervision:  Probation            Date Supervision Commenced:  May 25, 2017

Assistant U.S. Attorney:  Brian Poe                    Defense Attorney:  Toby L. Shook
                                                                          James S. Bell
                                                                          (Retained)

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

At the time of sentencing, the Court imposed the standard conditions of probation in addition to special conditions of probation. Mr. Duncan has been in compliance with all court-ordered conditions since the commencement of his supervision.

Mr. Duncan is employed with Killeen Great Vapes LLC as a consultant. He submitted a request for permission to travel to the Dominican Republic for vacation from January 29, 2019 through February 2, 2019, with his wife. A criminal records check did not reveal any new arrests or pending criminal activity. In accordance with policy guidelines regarding travel outside of the United States, the request is referred to the Court for consideration.

### II.

The probation officer recommends the following action for the Court to consider:

In view of Mr. Duncan's compliant attitude towards supervision, it is respectfully recommended that the requested travel to the Dominican Republic be approved. He will be instructed to report to the Probation Office upon his return to the United States.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on January 11, 2019

s/ Stephanie M. Roper
_____
Assistant Deputy Chief U.S. Probation Officer
Prepared by: Katina Gillespie
Arlington, Texas
Phone:  817-505-2319
Fax:  214-753-2570

Approved,

s/ Stephanie M. Roper
_____
Assistant Deputy Chief U.S. Probation Officer
Arlington, Texas
Phone:  817-505-1039

**Order of the Court:**

☑   Agrees with the recommendation of the probation officer.

☐   Disagrees with the recommendation of the probation officer.

☐   Other or Additional:

☐   File under seal until further order of the Court.

_____
Barbara M. G. Lynn
Chief U.S. District Judge

_____
1-14-19
Date

KG

* Attachment